# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. CLOUGH, JR.,<br>Plaintiff,<br>v.<br>CHRIS BARKER,<br>Defendant. | Case No. 1:26-cv-06508-KES-EGC<br>**ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS TO DISMISS WITHOUT LEAVE TO AMEND**<br>(Doc. 1) |

Plaintiff Robert S. Clough, Jr., is proceeding pro se and in forma pauperis in this action. (Docs. 1, 3). On August 19, 2026, the assigned magistrate judge screened the complaint and issued findings and a recommendation that the complaint be dismissed without leave to amend as frivolous. (Doc. 4 at 4). The magistrate judge granted plaintiff twenty-one days from the date of service to file any objections to the findings and recommendation. (*Id.*). The findings and recommendation advised plaintiff that a "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014))). Plaintiff did not file objections and the time in which to do so has passed. However, on August 31, 2026, plaintiff filed a "first amended complaint" without authorization. The court has reviewed this filing, and plaintiff's proposed first amended complaint likewise fails to state a claim upon which relief could be granted.

Pursuant to 28 U.S.C. § 636(b)(l), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court finds the findings and recommendation are supported by the record and proper analysis.

///

Based upon the foregoing, the court orders:

1. The findings and recommendation issued on August 19, 2026, (Doc. 4), are **ADOPTED IN FULL**;
2. This action is **DISMISSED** without prejudice; and
3. The Clerk of Court is directed to **CLOSE** this case and serve a copy of this order on Plaintiff at the address listed on the docket.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE